**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**SAMUEL MOORE III**                                                      **PLAINTIFF**

**v.**                                    **No: 4:21-cv-00566-JM**

**RODNEY WRIGHT,** *et al.*                                              **DEFENDANTS**

**JUDGMENT**

      Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

      DATED this 19th day of August, 2021.

                                        _____
                                         UNITED STATES DISTRICT JUDGE